MAVOURNEEN BROWN
Natural Person Appearing Pro Se.
7351 Longmont Loop
Castro Valley, CA 94552

Telephone: 510.581.1220
Facsimile: 510.583.6265
mkbrown@gmail.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVOURNEEN BROWN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MASAI USA CORPORATION, a corporation;<br>and DOES 1 through 100,<br><br>　　　　　Defendants. | No.: CV12 0324 MEJ<br><br>[~~PROPOSED~~ ORDER]<br><br>*CONTINUING CASE MANAGEMENT*<br>*CONFERENCE AT LEAST 60 DAYS*<br>*PURSUANT TO PARTIES' STIPULATION* |

COMES NOW the Honorable Maria-Elena James and continues the Case Management Conference presently set for May 3, 2012 to August 23, 2012 @ 10:00 a.m., ~~2012~~. All corresponding dates and deadlines are also continued. Case Management Statements shall be filed no later than August 14, 2012.

Dated: April 24, 2012

_____
Maria-Elena James
Judge of the U.S. District Court
Northern District of California

*Brown v. Masai USA Corporation, Case No. CV 12 0324*
Stipulation and [Proposed] Order allowing Continuance of Case Management Conference