Renée Welze Livingston (SBN 124280)
Crystal L. Van Der Putten (SBN 227262)
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel:  (925) 952-9880
Fax: (925) 952-9881

Attorneys for Defendant
MASAI USA CORP.
(Erroneously sued herein as
MASAI USA CORPORATION)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAVOURNEEN BROWN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MASAI USA CORPORATION, a corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 3:12-CV-00324-MEJ<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING LAST DAY TO**<br>**COMPLETE MEDIATION**<br><br><br>Complaint Filed:  January 20, 2012<br>Trial Date:  None |

　　　　Defendant MASAI USA CORP., by and through its counsel of record and plaintiff MAVOURNEEN BROWN, plaintiff *in pro per*, respectfully request and make the following stipulation:

　　　　1.　　Plaintiff MAVOURNEEN BROWN filed her Complaint on January 20, 2012;

　　　　2.　　Defendant MASAI USA CORP. filed its Answer on April 14, 2012;

　　　　3.　　Plaintiff MAVOURNEEN BROWN was unable to participate in the litigation for a period of time because she was recovering from surgery;

　　　　4.　　The Court appointed mediator André Hassid to this matter on September 6, 2012 and ordered mediation be completed by November 11, 2012;

　　　　5.　　Defendant MASAI USA CORP. noticed plaintiff MAVOURNEEN BROWN's

---

1  deposition with document requests for November 5, 2012;

2       6.    Defendant MASAI USA CORP. will be unable to meaningfully participate in
3  mediation before November 11, 2012;

4       7.    Plaintiff MAVOURNEEN BROWN has indicated she is still having problems
5  with the injuries she claims resulted from the subject incident;

6       8.    In order to allow MASAI USA CORP. the opportunity to conduct discovery and
7  fully participate in mediation, the parties agree to extend the mediation completion deadline from
8  November 11, 2012 to January 31, 2013.

9       9.    Trial in this matter is set for September 9, 2013.

10 **IT IS SO STIPULATED.**

12 Dated: October __, 2012

13                                   Mavourneen Brown
                                    Pro Se Plaintiff

16 Dated: October 2, 2012           LIVINGSTON LAW FIRM

By _/s/_____
                                    Renée Welze Livingston
                                    Crystal L. Van Der Putten
                                    Attorneys for Defendant
                                    MASAI USA CORP.
                                    (Erroneously sued herein as
                                    MASAI USA CORPORATION)

///
///
///
///
///
///

1 deposition with document requests for November 5, 2012;

2     6.    Defendant MASAI USA CORP. will be unable to meaningfully participate in
3 mediation before November 11, 2012;

4     7.    Plaintiff MAVOURNEEN BROWN has indicated she is still having problems
5 with the injuries she claims resulted from the subject incident;

6     8.    In order to allow MASAI USA CORP. the opportunity to conduct discovery and
7 fully participate in mediation, the parties agree to extend the mediation completion deadline from
8 November 11, 2012 to January 31, 2013.

9     9.    Trial in this matter is set for September 9, 2013.

**IT IS SO STIPULATED.**

Dated: October 1, 2012

*[signature]*

Mavourneen Brown
Pro Se Plaintiff

Dated: October 1, 2012    LIVINGSTON LAW FIRM

By_____
Renée Welze Livingston
Crystal L. Van Der Putten
Attorneys for Defendant
MASAI USA CORP.
(Erroneously sued herein as
MASAI USA CORPORATION)

///
///
///
///
///
///

## ORDER

**IT IS HEREBY ORDERED** that the last day to complete mediation, currently set for November 11, 2012 is **CONTINUED** to January 31, 2013.

Dated: October _3_, 2012

_____
Honorable Maria Elena James
UNITED STATES MAGISTRATE JUDGE