Renée Welze Livingston (SBN 124280)
Crystal L. Van Der Putten (SBN 227262)
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA 94596
Tel: (925) 952-9880
Fax: (925) 952-9881

Attorneys for Defendant
MASAI USA CORP.
(Erroneously sued herein as
MASAI USA CORPORATION)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAVOURNEEN BROWN,<br><br>Plaintiff,<br><br>v.<br><br>MASAI USA CORPORATION, a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:12-CV-00324-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING LAST DAY TO COMPLETE MEDIATION**<br><br>Complaint Filed: January 20, 2012<br>Trial Date: None |

Defendant MASAI USA CORP., by and through its counsel of record and plaintiff MAVOURNEEN BROWN, plaintiff *in pro per*, respectfully request and make the following stipulation:

1. Plaintiff MAVOURNEEN BROWN filed her Complaint on January 20, 2012;

2. Defendant MASAI USA CORP. filed its Answer on April 14, 2012;

3. Plaintiff MAVOURNEEN BROWN was unable to participate in the litigation for a period of time because she was recovering from surgery;

4. The Court appointed mediator André Hassid to this matter on September 6, 2012 and ordered mediation be completed by November 11, 2012;

5. Defendant MASAI USA CORP. noticed plaintiff MAVOURNEEN BROWN's

1  deposition with document requests for November 5, 2012;

2      6.    Defendant MASAI USA CORP. will be unable to meaningfully participate in
3  mediation before November 11, 2012;

4      7.    Plaintiff MAVOURNEEN BROWN has indicated she is still having problems
5  with the injuries she claims resulted from the subject incident;

6      8.    In order to allow MASAI USA CORP. the opportunity to conduct discovery and
7  fully participate in mediation, the parties agree to extend the mediation completion deadline from
8  November 11, 2012 to January 31, 2013.

9      9.    Trial in this matter is set for September 9, 2013.

10  **IT IS SO STIPULATED.**

12  Dated: October __, 2012

13                Mavourneen Brown
               Pro Se Plaintiff

16  Dated:  October 2, 2012        LIVINGSTON LAW FIRM

18                By _____
19                Renée Welze Livingston
20                Crystal L. Van Der Putten
               Attorneys for Defendant
21                MASAI USA CORP.
               (Erroneously sued herein as
               MASAI USA CORPORATION)

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1 | deposition with document requests for November 5, 2012;

2 |     6.    Defendant MASAI USA CORP. will be unable to meaningfully participate in
3 | mediation before November 11, 2012;

4 |     7.    Plaintiff MAVOURNEEN BROWN has indicated she is still having problems
5 | with the injuries she claims resulted from the subject incident;

6 |     8.    In order to allow MASAI USA CORP. the opportunity to conduct discovery and
7 | fully participate in mediation, the parties agree to extend the mediation completion deadline from
8 | November 11, 2012 to January 31, 2013.

9 |     9.    Trial in this matter is set for September 9, 2013.

**IT IS SO STIPULATED.**

Dated: October _1_, 2012

                        Mavourneen Brown
                        Pro Se Plaintiff

Dated: October 1, 2012          LIVINGSTON LAW FIRM

                        By_____
                        Renée Welze Livingston
                        Crystal L. Van Der Putten
                        Attorneys for Defendant
                        MASAI USA CORP.
                        (Erroneously sued herein as
                        MASAI USA CORPORATION)

///
///
///
///
///
///

## ORDER

**IT IS HEREBY ORDERED** that the last day to complete mediation, currently set for November 11, 2012 is **CONTINUED** to January 31, 2013.

Dated: October _3_, 2012

_____
Honorable Maria Elena James
UNITED STATES MAGISTRATE JUDGE