UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MAVOURNEEN BROWN,

    Plaintiff,

v.

MASAI USA CORPORATION, et al.,

    Defendants.

_____/

No. C 12-0324 MEJ

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     January 11, 2013
Mediator: André Hassid

    IT IS HEREBY ORDERED that the request to excuse defendant Masai USA Corporation's insurer representative from appearing in person at the January 11, 2013, mediation before André Hassid is DENIED. Routine travel and time costs associated with traveling to an ADR session do not fulfill the 'extraordinary or otherwise unjustifiable hardship' requirement set forth in ADR L.R. 6-10(d). Accordingly, the request is DENIED and the representative shall attend the session in person.

    IT IS SO ORDERED.

<u>January 4, 2013</u>    By:    *Elizabeth D. Laporte*

Dated

                                      Elizabeth D. Laporte
                             United States Magistrate Judge