Renée Welze Livingston (SBN 124280)
Crystal L. Van Der Putten (SBN 227262)
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA 94596
Tel: (925) 952-9880
Fax: (925) 952-9881

Attorneys for Defendant
MASAI USA CORP.
(Erroneously sued herein as
MASAI USA CORPORATION)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAVOURNEEN BROWN,<br><br>  Plaintiff,<br><br>v.<br><br>MASAI USA CORPORATION, a corporation; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. 3:12-CV-00324-MEJ<br><br>**STIPULATED REQUEST FOR ORDER ENLARGING TIME IN CASE MANAGEMENT ORDER AND [PROPOSED] ORDER**<br><br>Complaint Filed: January 20, 2012<br>Trial Date: 09/09/13 |

Pursuant to Northern District of California Local Rule 6-2 defendant MASAI USA CORP., by and through its counsel of record and plaintiff MAVOURNEEN BROWN, plaintiff *in pro per*, respectfully request an Order enlarging time in the August 13, 2012 Case Management Order and make the following stipulation:

1. Plaintiff MAVOURNEEN BROWN filed her Complaint on January 20, 2012;

2. Defendant MASAI USA CORP. filed its Answer on April 14, 2012;

3. Plaintiff MAVOURNEEN BROWN was unable to participate in the litigation for a period of time because she was recovering from an April 2012 ankle surgery;

4. From approximately October 2009 to the present plaintiff MAVOURNEEN

BROWN has had continued and ongoing difficulties with her ankle and been intermittently unable to participate in this litigation;

5. From approximately December 29, 2012 through mid-January 2013 plaintiff MAVOURNEEN BROWN was very ill with the flu and unable to participate in the litigation;

6. Accordingly, the parties rescheduled mediation from January 11, 2013 to January 29, 2013;

7. The new mediation date is shortly before the parties' deadline to disclose expert witnesses;

8. In order to allow the parties to participate in mediation and adequately prepare for trial, the parties request at least a 30-day continuation of the following dates/deadlines set forth in the August 13, 2012 Case Management Order:

a. Disclosure of Expert Witnesses: continued from 2/8/2013 to 3/8/2013;

b. Disclosure of Rebuttal Expert Witnesses: continued from 2/15/2013 to 3/15/2013;

c. Dispositive Pretrial Motions:

i. All dispositive motions shall be filed, served and noticed by 5/6/2013 (continued from 4/04/2013);

ii. All dispositive motions shall be heard on 6/10/2013 (continued from 5/09/2013);

d. Completion of Discovery: continued from 3/05/2013 to 4/5/2013.

9. The continuation of the above dates will not affect the September 9, 2013 trial date in this matter or dates and deadlines related to trial.

10. The parties were previously granted a continuance of the initial case management conference (continued from May 3, 2012 to August 23, 2012) because plaintiff was recovering from a recent ankle surgery and unable to participate in the scheduled conference or related dates and deadlines.

11. The parties were previously granted a continuance of the deadline to complete mediation (from November 11, 2012 to January 31, 2012) to allow the parties to meaningfully

1 | participate in mediation after plaintiff was unable to participate in the litigation for a period of
2 | time preventing the parties from completing the necessary discovery in advance of mediation.
3 | **IT IS SO STIPULATED.**

5 | Dated: January 18, 2013

*(signature)*

Mavourneen Brown
Pro Se Plaintiff

9 | Dated: January 18, 2013     LIVINGSTON LAW FIRM

By_____
Renée Welze Livingston
Crystal L. Van Der Putten
Attorneys for Defendant
MASAI USA CORP.
(Erroneously sued herein as
MASAI USA CORPORATION)

1 participate in mediation after plaintiff was unable to participate in the litigation for a period of
2 time preventing the parties from completing the necessary discovery in advance of mediation.
3     **IT IS SO STIPULATED.**

5 Dated: January 21, 2013

6                                     Mavourneen Brown
                                    Pro Se Plaintiff

9 Dated: January 21, 2013         LIVINGSTON LAW FIRM

12                                By _____
                                Renée Welze Livingston
                                Crystal L. Van Der Putten
                                Attorneys for Defendant
                                MASAI USA CORP.
                                (Erroneously sued herein as
                                MASAI USA CORPORATION)

## ORDER MODIFYING AUGUST 13, 2012 CASE MANAGEMENT ORDER

**IT IS HEREBY ORDERED** that the August 13, 2012 Case Management Order is modified with regard to dates as set forth below:

- Disclosure of Expert Witnesses due 3/8/2013;
- Disclosure of Rebuttal Expert Witnesses due 3/15/2013;
- Dispositive Pretrial Motions:
    - All dispositive motions shall be filed, served and noticed by 5/6/2013;
    - All dispositive motions shall be heard on 6/10/2013;
- Discovery completed by 4/5/2013.

Dated: January 23, 2013

_____
Honorable Maria Elena James
UNITED STATES MAGISTRATE JUDGE