1  Renée Welze Livingston (SBN 124280)
   Crystal L. Van Der Putten (SBN 227262)
2  LIVINGSTON LAW FIRM
   A Professional Corporation
3  1600 South Main Street, Suite 280
   Walnut Creek, CA  94596
4  Tel: (925) 952-9880
   Fax: (925) 952-9881
5
   Attorneys for Defendant
6  MASAI USA CORP.
   (Erroneously sued herein as
7  MASAI USA CORPORATION)

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | MAVOURNEEN BROWN,                    )  Case No. 3:12-CV-00324-MEJ
                                          )
13 |       Plaintiff,                     )  **STIPULATED REQUEST FOR ORDER
                                          )  ENLARGING TIME IN CASE
14 | v.                                   )  MANAGEMENT ORDER AND
                                          )  [PROPOSED] ORDER**
15 | MASAI USA CORPORATION, a             )
     corporation; and DOES 1 through 100, )
16 | inclusive,                           )
                                          )
17 |       Defendants.                    )  Complaint Filed: January 20, 2012
                                          )  Trial Date: 09/09/13
18 |_____)

19

20        Pursuant to Northern District of California Local Rule 6-2 defendant MASAI USA

21 CORP., by and through its counsel of record and plaintiff MAVOURNEEN BROWN, plaintiff

22 *in pro per*, respectfully request an Order enlarging time in the August 13, 2012 Case

23 Management Order and make the following stipulation:

24        1.     Plaintiff MAVOURNEEN BROWN filed her Complaint on January 20, 2012;

25        2.     Defendant MASAI USA CORP. filed its Answer on April 14, 2012;

26        3.     Plaintiff MAVOURNEEN BROWN was unable to participate in the litigation for

27 a period of time because she was recovering from an April 2012 ankle surgery;

28        4.     From approximately October 2009 to the present plaintiff MAVOURNEEN

---
*Brown v. Masai USA Corporation*, Case No. CV 12 0324
Stipulation and Request for Order Enlarging Time in Case Management Order and [Proposed] Order

1

1  BROWN has had continued and ongoing difficulties with her ankle and been intermittently
2  unable to participate in this litigation;
3     5.   From approximately December 29, 2012 through mid-January 2013 plaintiff
4  MAVOURNEEN BROWN was very ill with the flu and unable to participate in the litigation;
5     6.   Accordingly, the parties rescheduled mediation from January 11, 2013 to January
6  29, 2013;
7     7.   The new mediation date is shortly before the parties' deadline to disclose expert
8  witnesses;
9     8.   In order to allow the parties to participate in mediation and adequately prepare for
10 trial, the parties request at least a 30-day continuation of the following dates/deadlines set forth
11 in the August 13, 2012 Case Management Order:
12        a.   <u>Disclosure of Expert Witnesses</u>:  continued from 2/8/2013 to 3/8/2013;
13        b.   <u>Disclosure of Rebuttal Expert Witnesses</u>: continued from 2/15/2013 to
14             3/15/2013;
15        c.   <u>Dispositive Pretrial Motions</u>:
16             i.   All dispositive motions shall be filed, served and noticed by
17                  5/6/2013 (continued from 4/04/2013);
18             ii.  All dispositive motions shall be heard on 6/10/2013 (continued
19                  from 5/09/2013);
20        d.   <u>Completion of Discovery</u>:  continued from 3/05/2013 to 4/5/2013.
21    9.   The continuation of the above dates will not affect the September 9, 2013 trial
22 date in this matter or dates and deadlines related to trial.
23    10.  The parties were previously granted a continuance of the initial case management
24 conference (continued from May 3, 2012 to August 23, 2012) because plaintiff was recovering
25 from a recent ankle surgery and unable to participate in the scheduled conference or related dates
26 and deadlines.
27    11.  The parties were previously granted a continuance of the deadline to complete
28 mediation (from November 11, 2012 to January 31, 2012) to allow the parties to meaningfully

1  participate in mediation after plaintiff was unable to participate in the litigation for a period of
2  time preventing the parties from completing the necessary discovery in advance of mediation.
3      **IT IS SO STIPULATED.**
4
5  Dated: January 18, 2013                          /s/ Mavourneen Brown
6                                              Mavourneen Brown
7                                              Pro Se Plaintiff
8
9  Dated: January 18, 2013                          LIVINGSTON LAW FIRM
10
11
12                                              By _____
                                                 Renée Welze Livingston
13                                                  Crystal L. Van Der Putten
                                                 Attorneys for Defendant
14                                                  MASAI USA CORP.
                                                 (Erroneously sued herein as
15                                                 MASAI USA CORPORATION)
16
17
18
19
20
21
22
23
24
25
26
27
28

1  participate in mediation after plaintiff was unable to participate in the litigation for a period of
2  time preventing the parties from completing the necessary discovery in advance of mediation.
3  **IT IS SO STIPULATED.**
4
5  Dated: January 21, 2013
6  
   Mavourneen Brown
   Pro Se Plaintiff
7
8
9  Dated:  January 21, 2013          LIVINGSTON LAW FIRM
10
11
   By
12  Renée Welze Livingston
    Crystal L. Van Der Putten
13  Attorneys for Defendant
    MASAI USA CORP.
14  (Erroneously sued herein as
    MASAI USA CORPORATION)

**ORDER MODIFYING AUGUST 13, 2012 CASE MANAGEMENT ORDER**

**IT IS HEREBY ORDERED** that the August 13, 2012 Case Management Order is modified with regard to dates as set forth below:

- Disclosure of Expert Witnesses due 3/8/2013;
- Disclosure of Rebuttal Expert Witnesses due 3/15/2013;
- Dispositive Pretrial Motions:
    - All dispositive motions shall be filed, served and noticed by 5/6/2013;
    - All dispositive motions shall be heard on 6/10/2013;
- Discovery completed by 4/5/2013.

Dated: January 23, 2013

_____
Honorable Maria Elena James
UNITED STATES MAGISTRATE JUDGE