1   Renée Welze Livingston (SBN 124280)
    Crystal L. Van Der Putten (SBN 227262)
2   LIVINGSTON LAW FIRM
    A Professional Corporation
3   1600 South Main Street, Suite 280
    Walnut Creek, CA  94596
4   Tel:  (925) 952-9880
    Fax: (925) 952-9881
5
    Attorneys for Defendant
6   MASAI USA CORP.
    (Erroneously sued herein as
7   MASAI USA CORPORATION)

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  MAVOURNEEN BROWN,                    )  Case No. 3:12-CV-00324-MEJ
                                         )       AMENDED
13            Plaintiff,                 )  **STIPULATED REQUEST FOR ORDER**
                                         )  **ENLARGING TIME IN CASE**
14  v.                                   )  **MANAGEMENT ORDER AND**
                                         )  **[PROPOSED] ORDER**
15  MASAI USA CORPORATION, a             )
    corporation; and DOES 1 through 100, )
16  inclusive,                           )
                                         )
17            Defendants.                )  Complaint Filed:  January 20, 2012
                                         )  Trial Date: 09/09/13
18  _____)

19

20          Pursuant to Northern District of California Local Rule 6-2 defendant MASAI USA

21  CORP., by and through its counsel of record and plaintiff MAVOURNEEN BROWN, plaintiff

22  *in pro per*, respectfully request an Order enlarging time in the August 13, 2012 Case

23  Management Order and make the following stipulation:

24          1.      Plaintiff MAVOURNEEN BROWN filed her Complaint on January 20, 2012;

25          2.      Defendant MASAI USA CORP. filed its Answer on April 14, 2012;

26          3.      Plaintiff MAVOURNEEN BROWN was unable to participate in the litigation for

27  a period of time because she was recovering from an April 2012 ankle surgery;

28          4.      From approximately October 2009 to the present plaintiff MAVOURNEEN

1    BROWN has had continued and ongoing difficulties with her ankle and been intermittently

2    unable to participate in this litigation;

3        5.      From approximately December 29, 2012 through mid-January 2013 plaintiff

4    MAVOURNEEN BROWN was very ill with the flu and unable to participate in the litigation;

5        6.      Accordingly, the parties rescheduled mediation from January 11, 2013 to January

6    29, 2013;

7        7.      The new mediation date is shortly before the parties' deadline to disclose expert

8    witnesses;

9        8.      In order to allow the parties to participate in mediation and adequately prepare for

10   trial, the parties request at least a 30-day continuation of the following dates/deadlines set forth

11   in the August 13, 2012 Case Management Order:

12              a.    Disclosure of Expert Witnesses:  continued from 2/8/2013 to 3/8/2013;

13              b.    Disclosure of Rebuttal Expert Witnesses:  continued from 2/15/2013 to

14                    3/15/2013;

15              c.    Dispositive Pretrial Motions:

16                    i.    All dispositive motions shall be filed, served and noticed by

17                          5/6/2013 (continued from 4/04/2013);

18                    ii.   All dispositive motions shall be heard on 6/10/2013 (continued

19                          from 5/09/2013);

20              d.    Completion of Discovery:  continued from 3/05/2013 to 4/5/2013.

21       9.      The continuation of the above dates will not affect the September 9, 2013 trial

22   date in this matter or dates and deadlines related to trial.

23       10.     The parties were previously granted a continuance of the initial case management

24   conference (continued from May 3, 2012 to August 23, 2012) because plaintiff was recovering

25   from a recent ankle surgery and unable to participate in the scheduled conference or related dates

26   and deadlines.

27       11.     The parties were previously granted a continuance of the deadline to complete

28   mediation (from November 11, 2012 to January 31, 2012) to allow the parties to meaningfully

1   participate in mediation after plaintiff was unable to participate in the litigation for a period of

2   time preventing the parties from completing the necessary discovery in advance of mediation.

3       **IT IS SO STIPULATED.**

4

5   Dated:  January 18, 2013                *Mavourneen Brown*

6                                             Mavourneen Brown
                                              Pro Se Plaintiff

7

8

9   Dated:  January 18, 2013                LIVINGSTON LAW FIRM

10

11

12                              By_____
                                              Renée Welze Livingston

13                                            Crystal L. Van Der Putten
                                              Attorneys for Defendant

14                                            MASAI USA CORP.
                                              (Erroneously sued herein as

15                                            MASAI USA CORPORATION)

16

17

18

19

20

21

22

23

24

25

26

27

28

1    participate in mediation after plaintiff was unable to participate in the litigation for a period of

2    time preventing the parties from completing the necessary discovery in advance of mediation.

3          **IT IS SO STIPULATED.**

4

5    Dated: January 21, 2013          _____

6                                      Mavourneen Brown
                                       Pro Se Plaintiff
7

8

9    Dated:  January 21, 2013         LIVINGSTON LAW FIRM

10

11

12                                    By_____
                                        Renée Welze Livingston
13                                      Crystal L. Van Der Putten
                                        Attorneys for Defendant
14                                      MASAI USA CORP.
                                        (Erroneously sued herein as
15                                      MASAI USA CORPORATION)

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER MODIFYING AUGUST 13, 2012 CASE MANAGEMENT ORDER**

2

**IT IS HEREBY ORDERED** that the August 13, 2012 Case Management Order is

3

modified with regard to dates as set forth below:

4

- Disclosure of Expert Witnesses due 3/8/2013;

5

- Disclosure of Rebuttal Expert Witnesses due 3/15/2013;

6

- Dispositive Pretrial Motions:

7

  o All dispositive motions shall be filed, served and noticed by 5/6/2013;

8

  o All dispositive motions shall be heard on ~~6/10/2013;~~  06/13/2013

9

- Discovery completed by 4/5/2013.

10

Dated: January __23__, 2013

11

_____
Honorable Maria Elena James
UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    MAVOURNEEN BROWN
     Natural Person Appearing Pro Se.
2    7351 Longmont Loop
     Castro Valley, CA 94552
3
     Telephone:  510.581.1220
4    Facsimile:   510.583.6265
     Mkbrown2950@gmail.com
5

6

7

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9

10

11   MAVOURNEEN BROWN,                      No.: CV12 0324 MEJ

                     Plaintiff,             DECLARATION OF MAVOURNEEN BROWN
12                                          IN SUPPORT OF STIPULATED REQUEST
          vs.                               FOR ORDER ENLARGING TIME IN CASE
13                                          MANAGEMENT ORDER
     MASAI USA CORPORATION, a corporation;
14   and DOES 1 through 100,                Complaint Filed: January 20, 2012
                                            Trial Date:  September 9, 2013
15                   Defendants.
                                            Honorable Maria-Elena James
16

17

18        I, MAVOURNEEN BROWN, do hereby declare:

19        1.    I am the plaintiff in the action entitled *Mavourneen Brown v. Masai USA Corp.*, Case

20   No. 3:12-CV-00324-MEJ. The facts stated herein are of my own personal knowledge.  If called as a

21   witness, I could and would competently testify to the facts herein stated.

22        2.    I was unable to participate in the litigation for a period of time in 2012 because I was

23   recovering from an April 2012 ankle surgery.

24        3.    From approximately October 2012 to the present I have had continued and ongoing

25   difficulties with my ankle and been intermittently unable to participate in this litigation.

26        4.    From approximately December 29, 2012 through mid-January 2013 I was very ill

27   with the flu and unable to participate in the litigation.

28

1        5.     Because of my recent illness, the parties rescheduled mediation from January 11,

2   2013 to January 29, 2013

3        I declare under penalty of perjury under the laws of the State of California that the foregoing

4   is true and correct.

5        Executed this 18th day of January, 2013, at Castro Valley, California.



                           MAVOURNEEN BROWN

-2-