Renée Welze Livingston (SBN 124280)
Crystal L. Van Der Putten (SBN 227262)
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA 94596
Tel: (925) 952-9880
Fax: (925) 952-9881

Attorneys for Defendant
MASAI USA CORP.
(Erroneously sued herein as
MASAI USA CORPORATION)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAVOURNEEN BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>MASAI USA CORPORATION, a corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 3:12-CV-00324-MEJ<br>AMENDED<br>**STIPULATED REQUEST FOR ORDER ENLARGING TIME IN CASE MANAGEMENT ORDER AND [PROPOSED] ORDER**<br><br><br>Complaint Filed: January 20, 2012<br>Trial Date: 09/09/13 |

Pursuant to Northern District of California Local Rule 6-2 defendant MASAI USA CORP., by and through its counsel of record and plaintiff MAVOURNEEN BROWN, plaintiff *in pro per*, respectfully request an Order enlarging time in the August 13, 2012 Case Management Order and make the following stipulation:

    1. Plaintiff MAVOURNEEN BROWN filed her Complaint on January 20, 2012;

    2. Defendant MASAI USA CORP. filed its Answer on April 14, 2012;

    3. Plaintiff MAVOURNEEN BROWN was unable to participate in the litigation for a period of time because she was recovering from an April 2012 ankle surgery;

    4. From approximately October 2009 to the present plaintiff MAVOURNEEN

1  BROWN has had continued and ongoing difficulties with her ankle and been intermittently
2  unable to participate in this litigation;
3      5.   From approximately December 29, 2012 through mid-January 2013 plaintiff
4  MAVOURNEEN BROWN was very ill with the flu and unable to participate in the litigation;
5      6.   Accordingly, the parties rescheduled mediation from January 11, 2013 to January
6  29, 2013;
7      7.   The new mediation date is shortly before the parties' deadline to disclose expert
8  witnesses;
9      8.   In order to allow the parties to participate in mediation and adequately prepare for
10 trial, the parties request at least a 30-day continuation of the following dates/deadlines set forth
11 in the August 13, 2012 Case Management Order:
12      a.   <u>Disclosure of Expert Witnesses</u>:  continued from 2/8/2013 to 3/8/2013;
13      b.   <u>Disclosure of Rebuttal Expert Witnesses</u>: continued from 2/15/2013 to
14           3/15/2013;
15      c.   <u>Dispositive Pretrial Motions</u>:
16           i.   All dispositive motions shall be filed, served and noticed by
17                5/6/2013 (continued from 4/04/2013);
18           ii.  All dispositive motions shall be heard on 6/10/2013 (continued
19                from 5/09/2013);
20      d.   <u>Completion of Discovery</u>:  continued from 3/05/2013 to 4/5/2013.
21     9.   The continuation of the above dates will not affect the September 9, 2013 trial
22 date in this matter or dates and deadlines related to trial.
23     10.  The parties were previously granted a continuance of the initial case management
24 conference (continued from May 3, 2012 to August 23, 2012) because plaintiff was recovering
25 from a recent ankle surgery and unable to participate in the scheduled conference or related dates
26 and deadlines.
27     11.  The parties were previously granted a continuance of the deadline to complete
28 mediation (from November 11, 2012 to January 31, 2012) to allow the parties to meaningfully

1 | participate in mediation after plaintiff was unable to participate in the litigation for a period of
2 | time preventing the parties from completing the necessary discovery in advance of mediation.
3 | **IT IS SO STIPULATED.**
4
5 | Dated: January 18, 2013                     *[signature]* Mavourneen Brown
6 |                                              Mavourneen Brown
7 |                                              Pro Se Plaintiff
8
9 | Dated: January 18, 2013                     LIVINGSTON LAW FIRM
10
11
12 |                                              By_____
                                                 Renée Welze Livingston
13 |                                              Crystal L. Van Der Putten
                                                 Attorneys for Defendant
14 |                                              MASAI USA CORP.
                                                 (Erroneously sued herein as
15 |                                              MASAI USA CORPORATION)

16
17
18
19
20
21
22
23
24
25
26
27
28

1  participate in mediation after plaintiff was unable to participate in the litigation for a period of
2  time preventing the parties from completing the necessary discovery in advance of mediation.
3  **IT IS SO STIPULATED.**

5  Dated: January 21, 2013

6  Mavourneen Brown
   Pro Se Plaintiff

9  Dated:  January 21, 2013                LIVINGSTON LAW FIRM

12                                          By _____
                                            Renée Welze Livingston
                                            Crystal L. Van Der Putten
13                                          Attorneys for Defendant
                                            MASAI USA CORP.
14                                          (Erroneously sued herein as
                                            MASAI USA CORPORATION)

1 **ORDER MODIFYING AUGUST 13, 2012 CASE MANAGEMENT ORDER**

2 **IT IS HEREBY ORDERED** that the August 13, 2012 Case Management Order is

3 modified with regard to dates as set forth below:

4 • Disclosure of Expert Witnesses due  3/8/2013;

5 • Disclosure of Rebuttal Expert Witnesses due  3/15/2013;

6 • Dispositive Pretrial Motions:

7 o All dispositive motions shall be filed, served and noticed by 5/6/2013;

8 o All dispositive motions shall be heard on ~~6/10/2013;~~   06/13/2013

9 • Discovery completed by 4/5/2013.

10 Dated: January  23 , 2013

_____
Honorable Maria Elena James
11 UNITED STATES MAGISTRATE JUDGE

1  MAVOURNEEN BROWN
   Natural Person Appearing Pro Se.
2  7351 Longmont Loop
   Castro Valley, CA 94552
3
   Telephone: 510.581.1220
4  Facsimile:  510.583.6265
   Mkbrown2950@gmail.com
5

6

7

8                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
9

10
    MAVOURNEEN BROWN,                    No.: CV12 0324 MEJ
11
                 Plaintiff,              DECLARATION OF MAVOURNEEN BROWN
12                                       IN SUPPORT OF STIPULATED REQUEST
          vs.                            FOR ORDER ENLARGING TIME IN CASE
13                                       MANAGEMENT ORDER
    MASAI USA CORPORATION, a corporation;
14  and DOES 1 through 100,              Complaint Filed: January 20, 2012
                                         Trial Date: September 9, 2013
15               Defendants.
                                         Honorable Maria-Elena James
16

17

18        I, MAVOURNEEN BROWN, do hereby declare:

19        1.    I am the plaintiff in the action entitled *Mavourneen Brown v. Masai USA Corp.*, Case

20  No. 3:12-CV-00324-MEJ. The facts stated herein are of my own personal knowledge. If called as a

21  witness, I could and would competently testify to the facts herein stated.

22        2.    I was unable to participate in the litigation for a period of time in 2012 because I was

23  recovering from an April 2012 ankle surgery.

24        3.    From approximately October 2012 to the present I have had continued and ongoing

25  difficulties with my ankle and been intermittently unable to participate in this litigation.

26        4.    From approximately December 29, 2012 through mid-January 2013 I was very ill

27  with the flu and unable to participate in the litigation.

28

*Brown v. Masai USA Corporation, Case No. CV 12 0324*
Declaration of Mavourneen Brown in Support of Stipulated Request for Order Enlarging Time in Case Management Order

5.      Because of my recent illness, the parties rescheduled mediation from January 11, 2013 to January 29, 2013

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 18th day of January, 2013, at Castro Valley, California.



MAVOURNEEN BROWN

-2-