MAVOURNEEN BROWN
Natural Person Appearing Pro Se.
7351 Longmont Loop
Castro Valley, CA 94552
Telephone:  510.581.1220
Mkbrown2950@gmail.com

Crystal L. Van Der Putten (SBN 227262)
LIVINGSTON LAW FIRM
1600 So. Main Street, Ste. 280
Walnut Creek, CA 94596
Telephone: 925.952.9880
Facsimile:  925.952.9881
cvanderputten@livingstonlawyers.com

Attorneys for Defendant
MASAI USA CORP.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAVOURNEEN BROWN,

              Plaintiff,

    vs.

MASAI USA CORPORATION, a corporation;
and DOES 1 through 100,

           Defendants.

No.: CV12 0324 MEJ

STIPULATION OF DISMISSAL
WITH PREJUDICE

Judge: Hon. Maria-Elena James

IT IS HEREBY STIPULATED by plaintiff in pro per MAVOURNEEN BROWN and

defendant MASAI USA CORP., through its undersigned counsel, that the above-captioned action be

and hereby is DISMISSED with prejudice following full and final settlement of the matter on

January 29, 2013 and pursuant to Federal Rule of Civil Procedure 41(a)(1).

///

///

///

1   DATED:  2-26-13                    PLAINTIFF MAVOURNEEN BROWN

2

3                                       _____
                                       Natural Person Appearing Pro Se.
4

5

6   DATED: 2.26.13                      LIVINGSTON LAW FIRM

7
                                       By: _____
8                                       CRYATAL L. VAN DER PUTTEN

9                                       Attorneys for Defendant
                                       MASAI USA CORP.
10

11

12


UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Maria-Elena James

NORTHERN DISTRICT OF CALIFORNIA

15                                      DATED:   3/25/2013

28

*Brown v. Masai USA Corporation, Case No. CV 12 0324*
Stipulation of Dismissal With Prejudice

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. I hereby certify that a true and correct copy of the foregoing *Stipulation of Dismissal with Prejudice* has been served on plaintiff by ECF, in accordance with the Rules of Civil Procedure as set forth below, on this the 26th day of February, 2013.

Mavourneen Brown
7351 Longmont Loop
Castro Valley, CA 94552
Tel: (510) 581-1220
Fax: (510) 583-6265
Email: mkbrown2950@gmail.com
Pro Se

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on February 26, 2013, at Walnut Creek, California.

/s/ Gail D. Richardson
Gail D. Richardson