1 | MAVOURNEEN BROWN
Natural Person Appearing Pro Se.
2 | 7351 Longmont Loop
Castro Valley, CA 94552
3 | Telephone: 510.581.1220
Mkbrown2950@gmail.com
4 |

5 | Crystal L. Van Der Putten (SBN 227262)
LIVINGSTON LAW FIRM
6 | 1600 So. Main Street, Ste. 280
Walnut Creek, CA 94596
7 | Telephone: 925.952.9880
Facsimile: 925.952.9881
8 | cvanderputten@livingstonlawyers.com

9 | Attorneys for Defendant
MASAI USA CORP.
10 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| MAVOURNEEN BROWN, | No.: CV12 0324 MEJ |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| vs. | Judge: Hon. Maria-Elena James |
| MASAI USA CORPORATION, a corporation; and DOES 1 through 100, | |
| Defendants. | |

IT IS HEREBY STIPULATED by plaintiff in pro per MAVOURNEEN BROWN and defendant MASAI USA CORP., through its undersigned counsel, that the above-captioned action be and hereby is DISMISSED with prejudice following full and final settlement of the matter on January 29, 2013 and pursuant to Federal Rule of Civil Procedure 41(a)(1).

///

///

///

*Brown v. Masai USA Corporation, Case No. CV 12 0324*
Stipulation of Dismissal With Prejudice

DATED: 2-26-13

PLAINTIFF MAVOURNEEN BROWN

_Mavourneen Brown_
Natural Person Appearing Pro Se.

DATED: 2.26.13

LIVINGSTON LAW FIRM

By: _____
CRYATAL L. VAN DER PUTTEN

Attorneys for Defendant
MASAI USA CORP.



IT IS SO ORDERED
Judge Maria-Elena James

DATED:   3/25/2013

_Brown v. Masai USA Corporation, Case No. CV 12 0324_
Stipulation of Dismissal With Prejudice

# CERTIFICATE OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. I hereby certify that a true and correct copy of the foregoing *Stipulation of Dismissal with Prejudice* has been served on plaintiff by ECF, in accordance with the Rules of Civil Procedure as set forth below, on this the 26th day of February, 2013.

Mavourneen Brown
7351 Longmont Loop
Castro Valley, CA 94552
Tel: (510) 581-1220
Fax: (510) 583-6265
Email: mkbrown2950@gmail.com
Pro Se

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on February 26, 2013, at Walnut Creek, California.

                                          /s/ Gail D. Richardson
                                          Gail D. Richardson